**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Toni MACIEL, Defendant–Appellant.**

**No. 12–50035.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 24, 2012.

Christopher Alexander, Bruce R. Castetter, Assistant U.S. Attorneys, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Mark F. Adams, San Diego, CA, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
.

## MEMORANDUM **

Toni Maciel appeals from the 60–month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Maciel contends that the district court erred by denying a minor role adjustment under U.S.S.G. § 3B1.2(b). This argument is without merit. Contrary to Maciel's contention, the district court did not state that first-time courier drivers could never qualify for a minor role adjustment, and the court did not err in denying the adjustment here. *See United States v. Rodriguez–Castro,* 641 F.3d 1189, 1193 (9th Cir.2011).

**AFFIRMED.**